**Brian D. Whelan, Esq.  (SBN 256534)**
**WHELAN LAW GROUP, A Professional Corporation**
**1827 East Fir Avenue, Suite 110**
**Fresno, California   93720**
**Telephone: (559) 437-1079**
**Facsimile:  (559) 437-1720**
**E-mail: brian@whelanlawgroup.com**

Attorneys for: Plaintiff JOEI HARRISON

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI HARRISON, | Case No. 2:20-CV-01104-WBS-DMC |
| Plaintiff, | **STIPULATION ALLOWING PLAINTIFF TO FILE AND SERVE HER FIRST AMENDED COMPLAINT; AND ORDER THEREON** |
| v. | |
| PLANASA, LLC , et al., | |
| Defendant(s). | |

WHEREAS, through counsel, Plaintiff JOEI HARRISON ("Plaintiff") has discussed with counsel for Defendants PLANASA, LLC and PLANASA US HOLDINGS ("Defendants") the need to file a first amended complaint to address changes to the law impacting the complaint and a corresponding need to bring a motion to obtain an order granting leave to file a first amended complaint;

WHEREAS, the parties through their counsel have met and conferred over the proposed amendment and wish to avoid the time, trouble and expense associated with a motion for leave to file the amended pleading, and the parties have therefore agreed to the following stipulation:

1

**STIPULATION:**

1

2          In consideration of all of the above, the parties to this action hereby stipulate and

3   agree that Plaintiff may file and serve her First Amended Complaint attached hereto as Exhibit "A"

4   and that Defendants shall have the statutory time period with which to respond in any code- of-

5   civil-procedure compliant manner.

6
Dated: October 9, 2020                    WHELAN LAW GROUP,
7                                          A Professional Corporation

8                                          __/s/ Brian D. Whelan_____
9                                          By Brian D. Whelan,
                                           Attorneys for Plaintiff JOEI HARRISON
10

11
Dated: October 9, 2020                    WELLS, SMALL, FLEHARTY & WEIL
12

13                                         _/s/ Mark Alan Vegh_____
14                                         By Mark Alan Vegh,
                                           Attorneys for Defendants PLANASA, LLC and
15                                         PLANASA US HOLDINGS, LLC

16

17                                    **ORDER**

18          Pursuant to the stipulation of the parties and good cause appearing therefor,

19          IT IS HEREBY ORDERED that Plaintiff may file and serve the proposed First

20   Amended Complaint within 10 days of the Court's execution of this order and Defendants shall

21   have the statutory period of time with which to respond in any code-of-civil-procedure compliant

22   manner.

23
Dated:  November 6, 2020
24                                         _____
25                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
26

27

28

**STIPULATION ALLOWING PLAINTIFF TO FILE AND SERVE HER FIRST AMENDED
COMPLAINT; AND ORDER THEREON**