**Brian D. Whelan, Esq.  (SBN 256534)**
**WHELAN LAW GROUP, A Professional Corporation**
**1827 East Fir Avenue, Suite 110**
**Fresno, California   93720**
**Telephone: (559) 437-1079**
**Facsimile:  (559) 437-1720**
**E-mail: brian@whelanlawgroup.com**

Attorneys for: Plaintiff JOEI HARRISON

**Mark A. Vegh, State Bar No. 173414**
**WELLS, SMALL, FLEHARTY & WEIL**
**A Law Corporation**
**292 Hemsted Drive, Suite 200**
**P.O. Box 991828**
**Redding, CA   96099-1828**
**(530) 223-1800**
**Fax:  (530) 223-1809**
**E-mail: mvegh@wsfwlaw.com**

Attorneys for: Defendants Planasa, LLC and Planasa US Holdings, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI HARRISON<br><br>            Plaintiff(S),<br><br>v.<br><br>PLANASA, LLC; PLANASA US HOLDINGS, LLC; and DOES 1 through 20, inclusive,<br>            Defendants. | Case No. 2:20-CV-01104-WBS-DMC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION** |

////

////

////

1
**STIPULATION AND ORDER DISMISSING ENTIRE ACTION**

The parties hereto stipulate to and request that this Court dismiss with prejudice this pending action in its entirety. The parties hereto have reached a settlement of this matter in its entirety.

Dated: August 18, 2021                WHELAN LAW GROUP,
                                      A Professional Corporation

                                           /s/ Brian D. Whelan
                                      By Brian D. Whelan,
                                      Attorneys for Plaintiff JOEI HARRISON

Dated: August 18, 2021                WELLS, SMALL, FLEHARTY & WEIL

                                           /s/ Mark Alan Vegh
                                      By Mark Alan Vegh,
                                      Attorneys for Defendants PLANASA, LLC and
                                      PLANASA US HOLDINGS, LLC

### **ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.

Dated: August 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE